THE UNITED STATES DISTRICT COURT
NORTHER DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Lashawne Lee, | ) | CASE NO.: 5:19CV1337 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN ADAMS |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Care For You Home Health Care | ) | |
| Agency, LLC, et al., | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

The Court has been informed by the filing of Defendants' Notice of Bankruptcy Filing (Doc. 8) that a voluntary petition for relief in a case under Title 11 of the United States Code (the "Bankruptcy Code") was filed by Defendant Care For You Home Health Care Agency, LLC in the United States Bankruptcy Court for the Northern District of Ohio, being Case No. 5:2020bk50257. Pursuant to 11 U.S.C. § 362, the filing of such a case under the Bankruptcy Code mandates a stay of the within proceedings.

Accordingly, further proceedings in the within cause are hereby PERPETUALLY STAYED and the within case is hereby CLOSED, subject to reopening upon written motion of Plaintiff, Defendants, or any other proper party in interest, after the bankruptcy case is closed, dismissed, or discharge in bankruptcy is granted or denied, or the granting

of relief from the stay imposed by Section 362 or any injunction imposed by virtue of 11 U.S.C. § 524.

IT IS SO ORDERED.

Febuary 3, 2020 /s/ Judge John R. Adams
JUDGE JOHN R. ADAMS
UNITED STATES DISTRICT COURT

2